McMahon, J

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

HEIDI JOHNSON, BRYAN ROSENBLITHE,
AMY GARSON, and SREBRINA BALOVA, on
behalf of themselves and all others similarly
situated,

        Plaintiffs,

-against-

TERRANCE BRENNAN, ARTISANAL
FROMAGERIE & BISTRO, LLC, and
ARTISANAL GROUP, LLC,

        Defendants.

10-CV-4712 (CM)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/12

[~~PROPOSED~~] ORDER RE: REDISTRIBUTION OF SETTLEMENT FUND AND
PAYMENT OF EMPLOYER'S SHARE OF TAXES

Having considered the parties' arguments set forth in Class Counsel's February 24, 2012 letter, ECF No. 71,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The funds remaining in the Settlement Fund shall be redistributed only to those class members who cashed their first round settlement checks;

2. Class members' settlement checks shall be allocated as follows: 50% wages and 50% non-wages;

3. Defendants shall pay the employer share of all employment taxes attributable to the wage portion of class members' settlement checks ("Employer Taxes") separate from the settlement fund. The Claims Administrator shall calculate the amount of the Employer Taxes due and notify all parties of the amount of Employer Taxes due within two weeks from the date of this Order or as soon as practicable;

4.  Defendants shall remit the Employer Taxes to the Claims Administrator within one week of receiving the Claims Administrator's calculations;

5.  The Claims Administrator shall make the redistribution as soon as practicable after receiving the Employer Taxes from Defendants;

6.  Class members who did not cash their first round settlement checks but who come forward after the redistribution shall be reissued settlement checks, in order of the dates they come forward, only if sufficient funds remain in the settlement fund after the redistribution and the time for cashing second round checks has elapsed; and

7.  With respect to class members who did not cash their first round checks and who do not come forward, the Claims Administrator shall amend the reporting to the I.R.S. to indicate that these class members did not cash their settlement checks.

It is so ORDERED this 9 day of March, 2012.

_____
Honorable Colleen McMahon,
United States District Judge